FILED '09 JUL 24 16:44 USDC-ORE

Shaun S. McCrea, OSB #83282
McCREA, P.C.
1147 High Street
Eugene, OR 97401-3270
Telephone: (541) 485-1182
smccrea@callatg.com

Of Attorneys for Defendant Lozano

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No. CR-05-30062-AA |
| vs. | ) ) ) ) | ORDER TO EXONERATE SECURITY AND RECONVEY PROPERTY |
| JESUS PACHECO LOZANO Defendant. | ) ) ) | |

THIS MATTER, having come before the Court on motion to exonerate security in the amount of $ 500,000.00 and reconvey the real property posted by Adam P. Lozano and Rasamimaan Lozano and good cause appearing herein.

NOW THEREFORE, IT IS HEREBY ORDERED the bail and security previously posted by Adam P. Lozano and Rasamimaan Lozano shall be exonerated, and it is hereby further ordered that Richard W. Wieking, Clerk, United States District Court for the Northern District of California shall execute a Deed of Reconveyance regarding the

//

//

//

Page 1 -- Order to Exonerate Security and Reconvey Property

property in Sonoma County, California, described as: 1831 Bella Vista Way, Santa Rosa, California 95403, which real property shall be reconveyed to Adam P. Lozano and Rasamimaan Lozano.

DATED this 24 day of July, 2009.

_____
US District Court Judge

Submitted by:

McCREA PC

By: /s/ Shaun S. McCrea
    Shaun S. McCrea #832826
    1147 High Street
    Eugene, OR 97401-3270
    (541) 485-1182